# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**JAMIE ANDREW JACKSON, # 436624**            **PLAINTIFF**

**v.**            **CAUSE NO. 1:21CV28-LG-JCG**

**OFFICER RODGERS and HARRISON COUNTY ADULT DETENTION CENTER**            **DEFENDANTS**

## FINAL JUDGMENT

This cause is before the Court, *sua sponte*, for consideration of dismissal.

Pursuant to the Order issued this date and incorporated herein by reference,

**IT IS HEREBY ORDERED AND ADJUDGED** that this cause be **DISMISSED WITHOUT PREJUDICE** for failure to obey Court Orders.

**SO ORDERED AND ADJUDGED** this the 17th day of May, 2021.

s/ *Louis Guirola, Jr.*

LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE